John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Jason D. Cassady (*pro hac vice*)
jcassady@caldwellcc.com
Hamad M. Hamad (*pro hac vice*)
hhamad@caldwellcc.com
Daniel R. Pearson (*pro hac vice*)
dpearson@caldwellcc.com
R. Seth Reich, Jr. (*pro hac vice*)
sreich@caldwellcc.com
CALDWELL CASSADY CURRY, PC
2121 N. Pearl Street, Suite 1200
Dallas, TX 75201
Telephone: (214) 888-4848

Attorneys for Defendants
IXI MOBILE (R&D) LTD. and IXI IP, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.<br><br>Plaintiff,<br><br>v.<br><br>IXI MOBILE (R&D) LTD., et al.,<br><br>Defendants. | Case No. 4:20-cv-04050-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT FOR DECLARATORY JUDGMENT OF NONINFRINGEMENT AND INVALIDITY** |
| SAMSUNG ELECTRONICS CO., LTD., et al.<br><br>Plaintiffs,<br><br>v.<br><br>IXI MOBILE (R&D) LTD., et al.,<br><br>Defendants. | Case No. 4:20-cv-04047-HSG |

614\3595032.1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT FOR
DECLARATORY JUDGMENT OF NONINFRINGEMENT AND INVALIDITY –
CASE NOS. 4:20-CV-04047-HSG, AND 4:20-CV-04050-HSG

Pursuant to the Court's Standing Order in Civil Cases and Civil L.R. 7-12, Defendants IXI Mobile (R&D) Ltd. and IXI IP, LLC. ("IXI"), and Plaintiffs Apple Inc. ("Apple"), Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung"), through their respective attorneys, hereby stipulate as follows:

The parties have met and conferred, and have agreed to a four-day extension of time for Defendants to respond to Apple and Samsung's Complaints for Declaratory Judgment of Noninfringement and Invalidity. This extension will allow IXI Mobile (R&D) Ltd. to file its answer on the same day as IXI IP, LLC.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

1. Notwithstanding the times set forth in Federal Rule of Civil Procedure 26 and the Local Rules of this Court, the deadline to respond to Apple and Samsung's Complaints for Declaratory Judgment of Noninfringement and Invalidity is August 28, 2020;

2. The Parties have not previously modified deadlines in this case.

3. No other dates or deadlines shall be modified by this stipulation.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: August 25, 2020　　　　　　　　　　HOPKINS & CARLEY
　　　　　　　　　　　　　　　　　　　　A Law Corporation


　　　　　　　　　　　　　　　　　　　　By: */s/ John V. Picone III*
　　　　　　　　　　　　　　　　　　　　　　John V. Picone III

　　　　　　　　　　　　　　　　　　　　Jason D. Cassady (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　jcassady@caldwellcc.com
　　　　　　　　　　　　　　　　　　　　Hamad M. Hamad (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　hhamad@caldwellcc.com
　　　　　　　　　　　　　　　　　　　　Robert Seth Reich, Jr. (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　sreich@caldwellcc.com
　　　　　　　　　　　　　　　　　　　　Daniel Rollins Pearson (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　dpearson@caldwellcc.com
　　　　　　　　　　　　　　　　　　　　CALDWELL CASSADY & CURRY P.C.
　　　　　　　　　　　　　　　　　　　　2121 N. Pearl St., Suite 1200
　　　　　　　　　　　　　　　　　　　　Dallas, TX  75201
　　　　　　　　　　　　　　　　　　　　Telephone:  (214) 888-4848

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　IXI MOBILE (R&D) LTD. and IXI IP, LLC

| | |
|---|---|
| Dated: August 25, 2020 | By: */s/ Ameet A. Modi*<br>John M. Desmarais (CA SBN 320875)<br>Ameet A. Modi (CA SBN 331660)<br>Emily H. Chen (CA SBN 302966)<br>DESMARAIS LLP<br>101 California Street, Suite 3070<br>San Francisco, CA 94111<br>Tel: (415) 573-1900<br>Fax: (415) 573-1901<br>jdesmarais@desmaraisllp.com<br>amodi@desmaraisllp.com<br>echen@desmaraisllp.com<br><br>Cosmin Maier (*pro hac vice*)<br>Brian D. Matty (*pro hac vice*)<br>Francesco D. Silletta (*pro hac vice*)<br>Joze Welsh (*pro hac vice*)<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400<br>Fax: (212) 351-3401<br>cmaier@desmaraisllp.com<br>bmatty@desmaraisllp.com<br>fsilletta@desmaraisllp.com<br>jwelsh@desmaraisllp.com<br><br>*Counsel for Apple Inc.* |

614\3595032.1  -3-
HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT FOR DECLARATORY JUDGMENT OF NONINFRINGEMENT AND INVALIDITY –
CASE NOS. 4:20-CV-04047-HSG, AND 4:20-CV-04050-HSG

| | |
|---|---|
| Dated:  August 25, 2020 | By: */s/ Todd M. Friedman*<br>Gregory S. Arovas, P.C. (*pro hac vice*)<br>Todd M. Friedman, P.C. (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>greg.arovas@kirkland.com<br>todd.friedman@kirkland.com<br><br>David Rokach (*pro hac vice*)<br>G. William Foster (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 N. LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (212) 862-2200<br>david.rokach@kirkland.com<br>billy.foster@kirkland.com<br><br>Brandon Brown<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>brandon.brown@kirkland.com<br><br>*Counsel for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |

614\3595032.1                                    -4-
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT FOR DECLARATORY JUDGMENT OF NONINFRINGEMENT AND INVALIDITY –
CASE NOS. 4:20-CV-04047-HSG, AND 4:20-CV-04050-HSG

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

# ATTESTATION OF E-FILED SIGNATURE

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/s/) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Dated:  August 25, 2020

HOPKINS & CARLEY
A Law Corporation

By: */s/ John V. Picone III*
John V. Picone III
Attorney for Defendants
IXI MOBILE (R&D) LTD. and IXI IP, LLC

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____8/27/2020_____  

_/s/ Haywood S. Gilliam, Jr._
THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge

614\3595032.1                              -1-
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT FOR DECLARATORY JUDGMENT OF NONINFRINGEMENT AND INVALIDITY –
CASE NOS. 4:20-CV-04047-HSG, AND 4:20-CV-04050-HSG

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO