Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Samsung Electronics Co., Ltd., et al.
)
)                   Case No: 4:20-cv-4047-HSG
)
Plaintiff(s),       )
)                   **APPLICATION FOR**
v.                  )                   **ADMISSION OF**
)                   **ATTORNEY PRO HAC VICE;**
IXI Mobile (R&D) Ltd., et al.          )                   **ORDER**
)                   (CIVIL LOCAL RULE 11-3)
)
Defendant(s).       )
)

I, Daniel R. Pearson _____, an active member in good standing of the bar of The State of Texas _____, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: IXI Mobile (R&D) Ltd. and IXI IP, LLC in the above-entitled action. My local co-counsel in this case is John V. Picone III _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2121 N. Pearl St., Suite 1200, Dallas, Texas 75201 | 70 S. 1st Street<br>San Jose, CA  95113 |
| MY TELEPHONE # OF RECORD:<br>(214) 888-4848 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(408) 286-9800 |
| MY EMAIL ADDRESS OF RECORD:<br>dpearson@caldwellcc.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jpicone@hopkinscarley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24070398 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 08/13/20                                        Daniel R. Pearson
_____
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Daniel R. Pearson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/31/2020                                        *Haywood S. Gill Jr.*
_____
UNITED STATES DISTRICT JUDGE *October 2012*

*PRO HAC VICE* APPLICATION & ORDER

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

August 18, 2020

Re: Mr. Daniel Rollins Pearson, State Bar Number 24070398

To Whom It May Concern:

This is to certify that Mr. Daniel Rollins Pearson was licensed to practice law in Texas on November 06, 2009, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web